932 A.2d 877

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Ricky TEJEDA, Petitioner.**

Supreme Court of Pennsylvania.

Sept. 13, 2007.

## *ORDER*

PER CURIAM.

**AND NOW,** this 13th day of September 2007, the Petition for Allowance of Appeal is **GRANTED.** The order of the Superior Court is **REVERSED** and the case is **REMANDED** to the PCRA court to consider whether petitioner is entitled to file a Petition for Allowance of Appeal to this Court *nunc pro tunc* based upon trial counsel's alleged ineffectiveness in failing to file a requested timely petition for allowance of appeal. *See Commonwealth v. Liebel,* 573 Pa. 375, 825 A.2d 630 (2003). Jurisdiction is relinquished.